**Order entered October 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00801-CV

**JAY SANDON COOPER, Appellant**

**V.**

**JUDGE PAUL MCNULTY, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-01611-2015**

## ORDER

We **DENY** appellant's motion for extension of time to file notice of appeal to the extent it concerns the unappealable order sustaining contest to Texas Rule of Appellate Procedure 145 affidavit of indigence. We further **DENY** the motion as moot to the extent it concerns the vexatious litigant order as the notice of appeal of that order was timely filed.

/s/    CRAIG STODDART
JUSTICE